**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DENNIS ABRAMSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v. Case No. 8-14-CV-821

CREATIVE SOLUTIONS MARKETING, INC.,

Defendant.
_______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff Dennis Abramson, individually and on behalf of all others similarly situated, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against the Defendant.

Respectfully submitted this 6th day of August, 2014.

BY: /s/ James D. Pacitti

James D. Pacitti (FBN: 119768)
Law Office of James D. Pacitti
7120 Hayvenhurst Ave., Suite 320
Van Nuys, CA 91406

Tel: 800-590-6905 ext.1
Fax: 866-684-6734
james@pacittiawfirm.com
Attorney for Plaintiff

Filed electronically on this 6th day of August, 2014, with:

United States District Court CM/ECF system

A copy sent via mail on this 6th day of August, 2014 to:

Creative Solutions Marketing, Inc.
1201 Haye Street
Tallahassee, FL 32301

/s/ James D. Pacitti
James D. Pacitti, Esquire