UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENNIS ABRAMSON,

    Plaintiff,

v.                                                CASE NO.: 8:14-cv-821-T-23EAJ

CREATIVE SOLUTIONS
MARKETING, INC.,

    Defendant.
_____/

## **ORDER**

The plaintiff announces (Doc. 8) a voluntary dismissal. Under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, this action is **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on August 20, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE